IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| LEO HENRY ALBERTSON JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07-188 C |
| | ) | (Judge Williams) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of KENT HUNTINGTON, as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Kent Huntington
Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
Washington, D.C. 20530
Telephone: (202) 353-9369
E-mail: Kent.Huntington@usdoj.gov

Attention: Classification Unit
1100 L Street, NW, 8th Floor

Dated: April 3, 2007

s/ Kent G. Huntington
KENT HUNTINGTON
Trial Attorney
Commercial Litigation Branch
Civil Division

CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of April, 2007, I caused to be served by United States mail (first class, postage prepaid) copies of defendant's "NOTICE OF APPEARANCE" addressed as followed:

Leo Henry Albertson
92119 Water Users Lane
Lakeview, Oregon 97630

s/ Kent G. Huntington